# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HEATHER WILLIAMS**                                                                 **PLAINTIFF**

VS.                              No. 3:25-cv-00016 PSH

**COMMISSIONER,**
   Social Security Administration                                                    **DEFENDANT**

## ORDER

Defendant Commissioner of Social Security, in his unopposed motion for voluntary remand (Doc. No. 9) requests that this case be reversed and remanded for further administrative proceedings. For good cause shown, the motion is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 30th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE