# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**HEATHER WILLIAMS**                                                                                      **PLAINTIFF**

VS.                                    No. 3:25-cv-00016 PSH

**COMMISSIONER,**
    **Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 30th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE