IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HEATHER WILLIAMS**                                                                 **PLAINTIFF**

VS.                              No. 3:25-cv-00016 PSH

**Commissioner,**
    **Social Security Administration**                                    **DEFENDANT**

### ORDER

Counsel for plaintiff Heather Williams ("Williams") filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 12. In response, defendant Commissioner of the Social Security Administration does not object to the requested EAJA fee of $3,285.20. Doc. No. 14.

The motion is GRANTED, and the EAJA award in the amount of $3,285.20 is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Williams, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Williams, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas address.

IT IS SO ORDERED this 8th day of July, 2025.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE